IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONY BMG MUSIC ENTERTAINMENT, et al.,

    Plaintiffs,                          CIV. NO. S- 07-0151 DFL GGH

    vs.

GLENDA RODRIGUEZ,

    Defendant.                          ORDER

_____/

        Plaintiffs' motion for default judgment is calendared for hearing on May 17, 2007. Defendant has not filed an opposition. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The May 17, 2007 hearing on the motion for default judgment, filed April 5, 2007, is vacated; and

        2. The motion is submitted on the record.

DATED: 5/11/07

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            U. S. MAGISTRATE JUDGE

GGH:076:Sony0151.vac.wpd

1