IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONY BMG MUSIC
ENTERTAINMENT, et al.,

    Plaintiff,                        CIV-S-07-0151 JAM GGH

   vs.

GLENDA RODRIGUEZ,

    Defendant.                      ORDER
_____/

        On October 30, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed October 30, 2007, are ADOPTED; and

2. Plaintiff's motion for entry of default judgment is GRANTED. Judgment is rendered in the amount of $4,500.00 in statutory damages and $420.00 in costs. A permanent injunction is granted against defendant as specified in the findings and recommendations.

DATED: 7/10/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

sony.jo